GARDINER, ASSIGNEE, &c. *against* BURHAM AND OLCOTT.

THIS was an action on a bail bond. The original suit was in the court of Common Pleas of *Madison* county. The principal resided in *Montgomery* county, and the bail in *Madison;* and the present suit was against both.

*Edwards,* for the defendants, moved to set aside the proceedings.

*Brackett,* contra, cited *Haswell* v. *Bates* and *Lansing,** and insisted that this cause came within the principle decided in that case.

An action on a bail bond, may be brought in this court, where the original suit was in a court of C. P., as of *Madison* county, and the principal resided in *Montgomery,* and the bail in *Madison,* as this court will relieve bail, on the same terms as the court below, and costs as in the C. P. only, are allowed.
* 9 *Johns. Rep.* 80. And see *Davis* v. *Gillet,* 9 *Johns. Rep.* 318.

*Per Curiam.* Though the bail reside within the county, yet we see no reason to set aside the proceedings. Relief will be granted on the same terms here as in the court below, and costs of the court of Common Pleas only will be allowed.

Motion denied.